IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROGELIO QUINTERO, ET AL. | § § § § | |
| *Plaintiffs,* | § § § § | |
| v. | § § § | CIVIL ACTION 7:20-CV-00094 |
| BIG STAR BUILDERS, INC. ET AL. | § § § § | |
| *Defendants.* | § § § § § § | |

# DEFENDANT BIG STAR BUILDERS, INC.'S CERTIFICATE OF INTERESTED PARTIES

Defendant Big Star Builders, Inc. ("Big Star"), files this Certificate of Interested Parties as following:

1. Rogelio Quintero and Cynthia Quintero, Plaintiffs

    Plaintiffs are represented by:

    Harold K. Tummel
    Lydia Casso
    Tummel &Casso
    7001 N. 10th Street, Suite 201
    McAllen, Texas 78504
    Telephone: (956) 664-2222
    Facsimile: (956) 664-0522

2. Synovus Bank, Defendant

    Defendant Synovus Bank is represented by:

Sean E. Fleming
Lauren Lopez
Macdoland Devin Ziegler Madden Kenefick Harris, Pc
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
Telephone: (214) 744-3300
Facsimile: (214) 747-0942

3. Service Finance Company, LLC, Defendant

   Defendant Service Finance Company, LLC is represented by:

   Andrew M. Scott
   Delia C. Rivera
   Gordon &Rees Llp
   1900 West Loop South, Suite 1000
   Houston, TX 77027
   Telephone: (713) 961-3366
   Facsimile: (713) 961-3938

4. RoundPoint Mortgage Servicing Company, Defendant

   Defendant RoundPoint Mortgage Servicing Company is represented by:

   Emily G. Stroope
   Daniel P. Troiano
   Mcglinchey Stafford, PLLC
   6688 North Central Expressway, Suite 400
   Dallas, TX 75206
   Telephone: (214) 445-2445
   Facsimile: (214) 445-2450

5. Big Star Builders, Inc., Defendant

   Defendant Big Star Builders, Inc. is represented by:

   Tzvi A. Finman
   The Finman Law Firm, PLLC
   10101 Fondren Rd., Suite 565
   Houston, TX 77096
   Telephone: (832) 377-6322

6. Equisolar, Inc., Defendant

Defendant Equisolar, Inc. has not answered or appeared herein.

Defendant Equisolar, Inc.'s Registered Agent is:
Registered Agents, Inc.
5900 Balcones Drive, Ste. 100
Austin, TX 78731

7. Nicolas Quintero, Defendant.

   Nicolas Quintero has not answered or appeared. According to Plaintiff's Complaint, Nicolas Quintero's residence address is 9531 Chelmsford, San Antonio, TX 78239.

8. Juan Sebastian Quintero, Defendant.

   Juan Sebastian Quintero has not answered or appeared. According to Plaintiff's Complaint, Juan Sebastian Quintero's residence address is 9531 Chelmsford, San Antonio, TX 78239

Respectfully submitted on this day, April 22, 2020

The Finman Law Firm, PLLC
By:/s/ *Tzvi A. Finman*
Tzvi A. Finman
Bar Number: 24094655
Tfinman@finmanlawfirm.com
10101 Fondren Road
Suite 565
Houston, TX 77096
(832) 377-6322
Attorney for Defendant Big Star Builders, Inc.

# CERTIFICATE OF SERVICE

      I do hereby certify that the above filing was served upon the below parties or their representatives per the Federal Rules of Civil Procedure, on the above date.

/s/ *Tzvi A. Finman*
Tzvi A. Finman