IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROGELIO QUINTERO, ET AL. | § § § § | |
| *Plaintiffs,* | § § § § | |
| v. | § § § | CIVIL ACTION 7:20-CV-00094 |
| BIG STAR BUILDERS, INC. ET AL. | § § § § | |
| *Defendants.* | § § § § § § | |

## DEFENDANT EQUISOLAR, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Equisolar, Inc. ("Equisolar") hereby disclose the following corporate interests:

1. Equisolar, Inc. is a is a privately held corporation. No publicly held corporation owns any part of Equisolar. No other persons or entities are financially interested in the outcome of this case.

[Signature on following page]

Respectfully submitted on this day, April 29, 2020

The Finman Law Firm, PLLC
By:/s/ *Tzvi A. Finman*
Tzvi A. Finman
Bar Number: 24094655
Tfinman@finmanlawfirm.com
10101 Fondren Road
Suite 565
Houston, TX 77096
(832) 377-6322
Attorney for Defendant Big Star Builders, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that the above filing was served upon the below parties or their representatives per the Federal Rules of Civil Procedure, on the above date.

/s/ *Tzvi A. Finman*
Tzvi A. Finman